(133 So. 61)

## STATE v. Tom HAM.
### 3 Div. 945.

Supreme Court of Alabama.
March 19, 1931.

J. C. Locke, of Marion, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J.

Petition of Tom Ham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in State v. Ham, 133 So. 60.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.